17369

Elijah DUNHAM, William Dunham, Ben Dunham, Cecily D. Bethea, Floretta Dunham, William Graves, Irena G. Williams, Charlie Lee Wright, Annie Mae Wright, Mae Ola W. Brown, Gracie Wright, and Lou Thelma Johnson, Respondents, v. St. Clair DAVIS, Appellant

(101 S. E. (2d) 278)

*Messrs. Woods & Woods* and *J. Malcolm McLendon,* of Marion, *for Appellant,*

*Messrs. J. Ralph Gasque,* of Marion, and *George W. Keels,* of Florence, *for Respondents,*

December 17, 1957.

PER CURIAM.

The order of the Honorable G. Badger Baker has been carefully considered in the light of the record and the exceptions, and we find no error.

Let the order be reported as the judgment of this Court.